To the Honorable Claude M. Hilton,

My name is LeRoy Purdie III, and I am the best friend of Leon Parrish known better to me and others as "Rocky".

I have known Rocky since exactly 1999 and when he told me about this situation I was floored. Not only was I shocked when he shared this information with me, but for the first time I have ever known Rocky, I saw the disappointment on his face with himself.

I wasn't sure how to construct this letter, but I asked Rocky if I could speak on his behalf in court, but he let me know this letter would be enough.

Rocky has been a second father to my son Roy as his kids and my kids have basically grown up together. When I can't communicate with my son about one thing or another, Rocky gives him a call or text and makes sure we are able to connect and resolve whatever the issue was.

I am a Flooring Company Project Manager and have been doing this for about twelve years now, but I will tell you that after knowing Rocky for less than a year, he not only put me in a position to get a new job but making more than I had made to date at the time. When Rocky moved to a new location he consulted at, he also looked out for me and made sure I was making good money as well.

I could tell you endless stories, about how he's been there for me, but I will share only this. With all that Rocky has going on EVEN NOW. My fiancé gave birth to my second child two weeks ago, and it was unexpected as she was on vacation, and I had to travel to Maine to get her and drive back down.

Rocky came over and sat with my son, while my fiancé and I got some sleep. He offered to do this even after being up all day trying to get things in order with his own family. Two days later, my fiancé had to be rushed to the emergency room due to complications from my son's birth; she was hemorrhaging. I called Rocky in a panic at 11 pm and although he was already in bed, he got up and arrived at my home in less than 20 minutes and stayed with my son until the next morning with no sleep.

All of this is to say that this is who Rocky is, and who he has always been. He is this way not only to just me, but to many others as well. He is someone that always looks out for the people around him, whether it be a close friend, acquaintance, or a stranger.

I beg you to understand what he did was not for greed, not for riches, but to provide for others. I know him probably better than his wife Desiree, and we both know this was something he knows he shouldn't have done and is very apologetic for it. His remorse is not because he got caught, but because he knows he did something he wouldn't dare to encourage anyone else to do.

Rocky is more disappointed in himself than anyone else could possibly be because we all know who he really is, and even though he did wrong by the bank, he also feels like he let down everyone who has ever looked up to him.

You can find a million people who will tell you stories as I have, and that will tell you that Rocky is a good man, but I can guarantee you that it would be hard to find even a fraction of that who think otherwise.

Thank you for reading this and I hope I was able to give you a glimpse into the person Rocky is.

Sincerely,

LeRoy Purdie

**To the Honorable Claude M. Hilton,**

I am writing this letter on behalf of Leon Ian Parrish (Rocky) in reference to his charge of (1) Count Bank Fraud that he plead guilty to in your court on July 14, 2022. In understanding the importance of acknowledging his wrongdoing, I wanted to take this opportunity to offer a glimpse of who Rocky is, by illustrating a clearer narrative of his character.

Rocky and I have been together for about ten years; six of which will be celebrated on October 7th. We are the proud parents of seven amazing children: our last child ▮▮▮▮▮ Age 3) being the one shared. I run ROCKDEEP's sister company RDevine which specializes in custom formal attire (i.e., wedding gowns, suits, etc.). My business suffered greatly during the pandemic, however, the drop in sales proved to have a silver lining as it allowed me to assist my husband in the daily administrative/logistical duties necessary for ROCKDEEP to run smoothly.

When I first met my husband, there was absolutely no question that not only was he competent and proficient in business, but he was also deeply entrenched in the community and often used his vast knowledge and network in the former to make a difference in the latter. Growing up as he did, he wanted to ensure that the youth of his community (and beyond) know that there is more to life than their current circumstances and that they could be everything they wanted to be. Those who know him, know that it isn't uncommon to hear him stress the importance of "reaching back to pull forward."

Over the years Rocky has organized and participated in events for M.S. Awareness, Breast Cancer, the Autism Speaks annual walk in D.C., and sponsored local events such as an AIDS Awareness charity basketball game in Alexandria. When Hurricane Harvey hit Texas a few years back, he did not hesitate to donate inventory (sneakers, etc.) to ensure that those affected had one of the most basic necessities; shoes. He has also done community outreach projects such as working with local hotels to gather any available overstock in toiletries that they had such as shampoo, body wash, etc., and donate them to local homeless and transition shelters.

In opening the ROCKDEEP Corporate Office and subsequent retail stores, Rocky took great pride in providing jobs and opportunities to members of the community who were looking for that "second chance" that many others refused to give. Creating a work environment where all those in the ROCKDEEP family felt empowered and heard was and always has been a top priority. Job positions were tailored to fit the strengths of each individual, and it was not uncommon for him to encourage staff (no matter the title) to sit in on meetings, etc. so they could learn the "in's and out's" of business as many of those hired were aspiring entrepreneurs. Privy to the "struggle" for those trying to start fresh, our house became a sanctuary for those who needed a safe place to stay while they re-grouped and saved money. Among others, some of those "temporary tenants" were people that worked for us.

He has never shied away from sharing what he has learned over the years; mistakes and all. His openness and transparency about business and life, in general, made him an appealing candidate as a featured speaker for local schools and businesses. His approachability and relatability made

it easy for his words to resonate with kids and adults alike. In the ten years, I have been with Rocky, I can honestly say I have never seen him turn down anyone who has contacted him about speaking to kids for an assembly, or for any reason for that matter. To this day, he actively volunteers his time to mentor young kids, in addition to holding monthly meetings with current mentees who are working to build a business of their own.

While most know Rocky as the tireless CEO of ROCKDEEP, the silly & outrageous radio personality "Rock" from "Kevin & Rock," or one of the many other "hats" he has worn throughout life, I know Rocky as a dedicated Husband and Father. Family is of utmost importance to him and being a present Father to his children remains a top priority for him, no matter the circumstance. Neither distance nor time constraints on his busy schedule will keep him from his "video hangouts" with the kids. Customers and clients alike know and respect that his kids come first, and he has never hesitated to excuse himself for a moment for our 3-year-old's nightly routine of counting the stairs up to bed.

I believe that the decisions and actions taken by him that brought him to this point are nothing short of an anomaly. That statement is not meant to serve as some sort of over-inflation of his character or to say that he is some sort of indefectible human. We are all flawed, and my husband is no different. To find out that he was anything other than forthright and straightforward was a shock to me-- especially in matters of business. It has been difficult to wrap my head around the notion that the behavior that resulted in this charge, is those of the same man who I've watched toil away at ethically building his business these past 10 years.

Rocky has been nothing short of remorseful. There was never a moment where he attempted any sort of justification for his actions, nor did he project/deflect blame. When the FBI agents appeared at our door, he was cooperative and amenable throughout the duration of their questioning. In recounting how that interaction played out that day, the way he handled that situation did not come as a surprise. He never waivers in taking accountability when he's made a mistake. Normally a proud and confident man, I have seen a change in his demeanor as the embarrassment and shame he feels regarding his actions have engulfed him.

I would be remiss if I did not express my fear of uncertainty regarding his sentencing; as would anyone. While knowledgeable and proficient in the daily duties of keeping ROCKDEEP running smoothly, it would be foolish to not acknowledge that my husband is the heart of this company and the one that ensures and succeeds in its profitability. This is primarily where our income is derived from. I do have confidence in my abilities to maintain this business alongside my own business, however, I worry that unforeseen issues and an extended duration of time of having to do so might affect that confidence.

Income aside, my real concern resides in the matter of our 3-year-old daughter ▮▮▮▮. She has not been officially diagnosed with ▮▮▮▮ as we are told the waitlist for the Developmental Pediatrician can be arduously long. However, since the age of 2, her pediatrician expressed concern with her milestone delays, specifically her speech and potentially sensory processing. Since "graduating" out of the Infant Toddler Connection program, she has been placed in a Special Education program curated by Fairfax County Schools. She has been faring well in her new classroom and with the structure, my husband and I have tried to implement at home. Her

progress thus far is a direct result of the equal efforts of her amazing teachers and our consistent efforts in ensuring that our child has all the resources she needs to succeed. I worry the absence of her Father will derail the progress she has made so far, as it would dramatically affect her routine. Not only that, but he is the one she looks to in instances of overstimulation or in need of calming. While these can be considered a normal, and typical behavior to expect from a child, these emotions are often magnified for children who have characteristics typical to those of the ▇▇▇▇▇▇▇▇▇.

It is important to note Your Honor, that as his wife, I am aware of how subjectively easy it is for me to positively speak about my husband's character. However, I find that in this letter, I have also shown an objective perspective of his character in the myriad of ways he positively affects the community and those around him. My husband is a good man who made a mistake. I can only hope that everything expressed in this letter is considered in your deliberation. Your time and attention are of utmost appreciation.

Sincerely,

*[signature]*

Desiree Parrish

To Judge Claude M. Hilton,

I am writing in reference to my brother, Leon I. Parrish (also known as Rocky) who is appearing before your court due to his pending court case. My brother asked me to write a character reference letter, but the truth is, I was already planning to do so before he approached me with his request. I deeply regret Rocky's fraudulent actions, but I feel strongly about his bright and accomplished future and in writing this letter I hope to try and relay those feelings to you.

My brother is a person of good moral character, but he made a bad choice. While I realize it may be hard to believe given the circumstances, it's true. I know that he is a great person at the core, and I don't say this only because he's my brother.

Throughout the years, I have seen him go through many ups and downs, yet no matter what the obstacle, he kept pushing to reach his goal of creating his own shoe company. For as long as I can remember, he has had this dream, and as his little sister I couldn't be prouder that he made this dream a reality. It was very important to him to not only make our parents proud, but to show little boys and girls from our community that they could be entrepreneurs too, and not just athletes.

Even after he left the area where he grew up (Del Ray, VA and Oxon Hill, MD), he always made sure to give back to the community. He would and still does, things like donate his ROCKDEEP shoes to the kids at church for Back to School. No matter where he is during the holidays, he makes sure to take his children and other volunteers to places around the metropolitan area and pass out clothing and footwear to the homeless. He demands that no one bring cameras to preserve their dignity. He has never looked for publicity or credit while doing this good deed. These types of benevolent act are important to him.

We were raised in a loving home by our parents who were both former military, and then later retired from the government. As with any military household, we were taught the importance of respect, accountability, and being a person of our word. These were the things that our father instilled in us. While he may have been tough on us (especially my brother), there was no doubt that Rocky admired and idolized our dad.

With my dad being bed-ridden for 19 years, our mom worked tirelessly to care for our father. As his health worsened, he required around the clock care. Out of all our siblings, Rocky and I worked together to help our mom as much as possible. While she took great pride in caring for him, we could see that it was noticeably wearing her down to the point of concern. When he passed away in March of this year, it took a toll on all of us.

As I mentioned our father instilled a hard work ethic and honesty in all his children, and my brother knows this would have been a huge disappointment to him and has been openly remorseful about his actions when telling my mother and I about a year or so ago.

Like my father, Rocky is a family man who deeply cares for not only his seven children but will do almost anything for our family and for those around him. He stepped up to the plate, as our Father taught him, giving me the support I need by being an amazing Uncle to my 2-year-old daughter whom I raise on my own.

Since our father's passing, we now worry about our mother because she loss her husband of 51 years. Even though his schedule is hectic with running his business and raising his family, he always assists whenever I can't be there to help our mom out.

Your Honor, I know Rocky has made a big mistake, and has shared his incredible remorse with my mom and I countless times. I know that he will do whatever necessary to make this right as these are the principles that he was taught, and now instills in his own kids; those actions have consequences.

My worry in these consequences is the difficulty that will be faced in caring for our mom. As I mentioned, I am single mother of a young child myself and work full time. I rely solely on my brother's help when I'm unable to care for her. Not only that, but I also worry for his wife and his youngest child who I know struggles with developmental issues. I can't imagine the effect that his absence would have on my niece.

I am hoping for the sake of my mom, his 7 beautiful children, my daughter, and myself, that you take everything I've shared in this letter into consideration when making your decision.

Thank you for your time.

Respectfully,

*Sattina D. Parrish*

Sattina D. Parrish